1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RUEBEN DAVON McEWAN

8

9                IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       ) No. 2:09-cr-0117 WBS
                                   )
14              Plaintiff,         )
                                   ) STIPULATION AND [PROPOSED] ORDER
15      v.                         ) VACATING DATE, CONTINUING CASE
                                   ) AND EXCLUDING TIME
16 JUAN MANUEL QUINONES-AGUIRRE,   )
                                   )
17              Defendant.         ) Date:  April 27, 2009
                                   ) Time:  8:30 a.m.
18 _____ ) Judge: Hon. William B. Shubb

19

20     **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Daniel McConkie, acting for Michael D. Anderson, Counsel for

22 Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel

23 for Defendant, that the status conference scheduled for April 27, 2009,

24 be vacated and the case continued until June 8, 2009, at 8:30 a.m. for

25 further status conference. This continuance is sought to permit

26 completion of the preparation of a pre-plea presentence report (which

27 has been delayed due to a delay in providing necessary information to

28 the probation officer), review of that report by counsel for the

parties, and time for consideration of an expected plea offer based on that report.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until June 8, 2009, pursuant to 18 U.S.C. § 1361(h)(8)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED.**

Dated: April 24, 2009  /S/ Daniel McConkie for
MICHAEL D. ANDERSON
Assistant U.S. Attorney
Counsel for Plaintiff

Dated: April 24, 2009  /S/ Jeffrey L. Staniels
JEFFREY L. STANIELS
Assistant Federal Defender
Attorney for Defendant
JUAN MANUEL QUINONES-AGUIRRE

**O R D E R**

**IT IS SO ORDERED.**

By the Court,

Dated:  April 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE