1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6
   Attorney for Defendant
7  RUEBEN DAVON McEWAN

8

9                  IN THE UNITED STATES DISTRICT COURT

10                FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,       )  No. 2:09-cr-00117 WBS
                                   )
14              Plaintiff,         )
                                   )  STIPULATION AND ORDER VACATING
15      v.                         )  DATE, CONTINUING CASE AND
                                   )  EXCLUDING TIME
16 JUAN MANUEL QUINONES-AGUIRRE,   )
                                   )
17              Defendant.         )  Date:  June 8, 2009
                                   )  Time:  8:30 a.m.
18 _____  )  Judge: Hon. William B. Shubb

19

20      **IT IS HEREBY STIPULATED** by and between Assistant United States

21 Attorney Michael D. Anderson, Counsel for Plaintiff, and Assistant

22 Federal Defender Jeffrey L. Staniels, Counsel for Defendant, that the

23 status conference scheduled for June 8, 2009, be vacated and the case

24 continued until, June 29, 2009, at 8:30 a.m. for further status

25 conference. This continuance is sought to permit provision of

26 additional information in the presentence report, review of that report

27 by counsel for the parties, and time for consideration of an expected

28 plea offer based on that report.

**IT IS FURTHER STIPULATED** that time for trial under the Speedy Trial Act be excluded from the filing of this stipulation until June 29, 2009, pursuant to 18 U.S.C. § 1361(h)(7)(A) & (B)(iv), Local Code T-4, defense preparation.

**IT IS SO STIPULATED**.

Dated: June 4, 2009         /S/ Michael Anderson
                            MICHAEL D. ANDERSON
                            Assistant U.S. Attorney
                            Counsel for Plaintiff

Dated: June 4, 2009         /S/ Jeffrey L. Staniels
                            JEFFREY L. STANIELS
                            Assistant Federal Defender
                            Attorney for Defendant
                            JUAN MANUEL QUINONES-AGUIRRE

**O R D E R**

**IT IS SO ORDERED**.

By the Court,

Dated: June 8, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE